IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| SHAN ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 04 CV-02456-BBD-dkv |
| ) | |
| YOUNG WOMEN'S CHRISTIAN ) | |
| ASSOCIATION OF MEMPHIS, TENNESSEE ) | |
| and MARY COLE NICHOLS, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their counsel of record, and announce to the Court that the matters and things in controversy between the parties have been settled and compromised and that the defendants, Young Women's Christian Association of Memphis, Tennessee and Mary Cole Nichols, should be dismissed, with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the plaintiff's cause be, and the same hereby is, dismissed with prejudice as to the defendants, Young Women's Christian Association of Memphis, Tennessee and Mary Cole Nichols, and that the costs of this cause shall be, and the same hereby are adjudged against the defendants, for which let execution issue, if necessary.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05

_[signature]_
UNITED STATES DISTRICT COURT JUDGE

May 23, 2005
DATE

APPROVED:

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY: _[signature]_
Jay M. Atkins, #21371
254 Court Avenue, Second Floor
Memphis, Tennessee 38103
(901) 527-0214

_[signature]_ (8832)
Max Ostrow
5118 Park Avenue, Suite 600
Memphis, TN 38117

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02456 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

George H. Rieger
LEITNER WILLIAMS DOOLEY & NAPOLITAN PLLC
414 Union St.
Ste. 1900
Nashville, TN 37219--230

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Max L. Ostrow
WEISSMAN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT