# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31  PM 3: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| SHAN ARNOLD | JUDGMENT IN A CIVIL CASE |
| v. | |
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF MEMPHIS, TENNESSEE and MARY COLE NICHOLS | CASE NO: 04-2456-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Consent Order of Dismissal With Prejudice entered on May 23, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ Bernice B. Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 31, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02456 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Max L. Ostrow
WEISSMAN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

George H. Rieger
LEITNER WILLIAMS DOOLEY & NAPOLITAN PLLC
414 Union St.
Ste. 1900
Nashville, TN 37219--230

Honorable Bernice Donald
US DISTRICT COURT